FILED
CLERK, U.S. DISTRICT COURT

3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       Case No.: 06·570·AHM
                                )
              Plaintiff,        )
                                )
        vs.                     )       ORDER OF DETENTION AFTER HEARING
                                )       [Fed.R.Crim.P. 32.1(a)(6);
Kelly Dehaven Carrington        )        18 U.S.C. 3143(a)]
                                )
              Defendant.        )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _alleged violations & drug arrests._

and/or

B.  ((✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _Nature of violations_____

_____

_____

_____

     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  _6/30/09_____

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE